IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CV-59-BO

| | |
|---|---|
| ANTHONY VINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER ON BILL OF COSTS** |
| ) | |
| MOUNTAIRE FARMS, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the clerk on the motions for bill of costs [DE-44] filed by defendant Mountaire Farms, Inc., and the motion for disallowance of costs [DE-45] filed by plaintiff.

Plaintiff's appeal [DE-48] remains pending in the Fourth Circuit Court of Appeals. Given the pending appeal in this matter, the clerk DENIES the motions for bill of costs and motion for disallowance of costs WITHOUT PREJUDICE, and grants permission to the parties to refile and incorporate their prior filings by reference following the issuance of the mandate of the court of appeals, if appropriate.

SO ORDERED. This the 24 day of July, 2023.

_____
Peter A. Moore, Jr.
Clerk of Court