UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY VINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **JUDGMENT** |
| ) | 5:21-CV-59-BO |
| MOUNTAIRE FARMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This was before the Court on defendant's motion for summary judgment [DE 31] and plaintiff's motion [DE 39] to strike defendant's response. It is before the Court on the Fourth Circuit's mandate affirming in part, vacating in part, and remand for an amended judgment [DE 54].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion [DE 31] for summary judgment is GRANTED as to all claims, excepting plaintiffs REDA claim with respect to the two-day suspension which is DISMISSED WITHOUT PREJUDICE. Plaintiff's motion [DE 39] is DENIED AS MOOT.

**This judgment filed and entered on April 18, 2024, and served on:**
Clermont Ripley (via CM.ECF Notice of Electronic Filing)
Carol Brooke (via CM.ECF Notice of Electronic Filing)
James Stine (via CM.ECF Notice of Electronic Filing)
Melegia Lee Daniels, Jr. (via CM.ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

April 18, 2024

  /s/Lindsay Stouch
By: Deputy Clerk